

# Fourth Court of Appeals
## San Antonio, Texas

July 13, 2015

No. 04-15-00274-CV

**EX PARTE** Pierre R. **PION**

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting:  Marialyn Barnard, Justice
     Rebeca C. Martinez, Justice
     Jason Pulliam, Justice

On May 4, 2015, relator Pierre R. Pion filed a petition for writ of habeas corpus complaining of the trial court's order finding him in contempt and authorizing his confinement. The court subsequently abated the habeas corpus proceeding to allow the newly elected judge of the trial court to reconsider the predecessor judge's decision. *See* TEX. R. APP. P. 7.2(b).

On June 1, 2015, the court received an order from the trial court, vacating the order complained of in this original proceeding. Having obtained the relief requested in his petition, the prior abatement of this proceeding is LIFTED and the petition for writ of habeas corpus is DISMISSED AS MOOT. The court's opinion will issue at a later date.

It is so **ORDERED** on July 13, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2011-CI-16008, styled *Rhonda Gay Pion v. Pierre R. Pion*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Janet Littlejohn presiding.